# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DAVID CLARK, INDIVIDUALLY, AND AS : No. 494 MAL 2019
ADMINISTRATOR OF THE ESTATE OF :
MONICA CLARK, DECEASED, :
: Petition for Allowance of Appeal
Petitioner : from the Order of the Superior Court
:
:
v. :
:
:
JEFFREY STOVER, ET. AL. D/B/A :
STOVER MCGLAUGHLIN D/B/A STOVER, :
MCGLAUGHLIN, GERACE, WEYANDT & :
MCCORMICK, P.C., :
:
Respondents :

## ORDER

**PER CURIAM**

    **AND  NOW**, this 28th day of January, 2020, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by Petitioner, is:

> If an attorney ongoing [*sic*] represents a client post-occurrence of legal malpractice, should that continuing representation otherwise toll the statute of limitations?